Frederick V. GREENE, petitioner,
v. DEPARTMENT OF
EDUCATION.

No. 15–359.

Nov. 9, 2015.

Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.